THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Matter
 of the Care and Treatment of Ricky H. Pitts, Appellant.
 
 
 

Appeal from Pickens County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2008-UP-637
Submitted November 3, 2008  Filed
 November 13, 2008   
AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Attorney General Deborah R.J. Shupe, Assistant
 Attorney General R. Westmoreland Clarkson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Ricky H. Pitts appeals his commitment to the South Carolina
 Department of Mental Health as a sexually violent predator.  Pitts argues the trial court erred by overruling his
 objection to the solicitors comments during closing argument and by failing to
 issue a curative instruction to the jury.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  State v.
 Navy,  370 S.C. 398, 412, 635
 S.E.2d 549, 556 (Ct. App. 2006) (holding the trial court is given broad
 discretion in determining the appropriateness of a solicitors closing argument
 and this court will not disturb the trial courts ruling absent an abuse of
 discretion); State v. Sierra, 337 S.C. 368, 373, 523 S.E.2d 187,
 189 (Ct. App. 1999) (holding an appellant must prove both an abuse of
 discretion and resulting prejudice to warrant reversal).
AFFIRMED. 
HEARN, C.J., SHORT and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.